UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 17-61721-LRC |
| | * | |
| VANESSA ANN SPEED EX REL., | * | CHAPTER 13 |
| R.S., JR, A MINOR CHILD | * | |
| DEBTOR. | * | |

**MOTION FOR APPOINTMENT OF GUARDIAN**

COMES NOW Clark & Washington, LLC, counsel of record for Debtor, Robert Speed, Jr., and files this "Motion for Appointment of Guardian Ad Litem," showing to this Honorable Court the following:

1.

The Court has jurisdiction pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151 et seq., and the Order of Referral entered by the United States District Court for the Northern District of Georgia on 12 July 1994.

2.

Venue is appropriate pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding pursuant to 28 U.S.C. Sections 157(b)(2)(A) and (O).

4.

This motion is brought pursuant to 11 U.S.C. Section 105(a) and Rule 1004.1 F. R. Bankr. P.

5.

Debtor filed a case under chapter 13 of the Bankruptcy Code on July 5th, 2017.

6.

Debtor is 15 years old and is a minor who is also on the Autism Spectrum. Debtor is unable to contract on his behalf due to his age.

7.

Debtor is the sole heir to his deceased grandmother's real property. At the time of

/pw

filing, Debtor's property was subject to upcoming foreclosure proceedings. His mother brought him to counsel's office to discuss options to stop the foreclosure and protect Debtor's property.

8.

Debtor's legal mother has been fully involved in the process and proceedings at the time of filing and various other appointments at his counsel's office. She has explained all actions and recommendations regarding the protection of the bankruptcy estate to the Debtor, and is acting in his best interest. Debtor is able to understand that bankruptcy will be the only option to save his real property. However, the Debtor's age makes him unable to contract, and could possibly render Debtor incompetent to participate in the proceeding of the Bankruptcy process.

9.

Vanessa Ann Speed is Debtor's mother. She communicates and lives with Debtor on a daily basis and is knowledgeable of Debtor's personal and financial circumstances. She is most qualified to assist Debtor and Debtor's counsel in the prosecution of this case.

10.

In pertinent part, Rule 1004.1 F. R. Bankr. P. provides: "The court shall appoint a guardian ad litem for an … incompetent person who is a debtor and is not otherwise represented or shall make any other order to protect the … incompetent."

10.

In pertinent part, 11 U.S.C. Section 105(a) provides. "The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title …."

11.

Debtor asserts that the appointment of a guardian ad litem in this case will serve the best interests of the Debtor, her creditors, and the orderly administration of this bankruptcy case.

WHEREFORE Debtor prays:
(a) That this "Motion" be filed, read and considered;
(b) That this Honorable Court grant this motion; and,

/pw

  (c) That this Honorable Court grants such other and further relief as it may deem just and proper.

                  Respectfully Submitted,

                  /s/_____

CLARK & WASHINGTON, LLC   Allison S. Davis  
3300 Northeast Expressway     GA Bar No. 155269  
Building 3            Attorney for the Debtor  
Atlanta, GA 30341  
(404) 522-2222  
fax (770) 220-0685

/pw

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE | * CASE NO. 17-61721-LRC |
| | * |
| VANESSA ANN SPEED EX REL., | * |
| R.S., JR, A MINOR CHILD | * CHAPTER 13 |
| | * |
| DEBTOR. | * |

### NOTICE OF HEARING ON MOTION FOR APPOINTMENT OF GUARDIAN

**PLEASE TAKE NOTICE** that the Debtor in the above-referenced matter filed a **"Motion"** seeking Appointment of Guardian.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Court Room 1204 (12th Floor) of the US Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303, at 1:45 PM, on August 17, 2017.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340 75 Ted Turner Drive, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

                                                                                                          Respectfully submitted,
                                                                                                           Clark & Washington, LLC

| | |
|---|---|
| Clark & Washington, LLC | |
| 3300 Northeast Expressway | s/_____ |
| Building 3 | Allison S. Davis |
| Atlanta, GA 30341 | GA Bar No. 155269 |
| (404)522-2222 | Attorney for the Debtor |
| Fax(770)220-0685 | |

/pw

## CERTIFICATE OF SERVICE

I certify that I served the Debtor with a true and correct copy of the within the and foregoing "Notice of Hearing on Motion for Appointment of Guardian" and "Motion for Appointment of Guardian" by placing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed as follows:

Vanessa Ann Speed,
R. S. Jr. A minor child
810 Deer Oaks Drive
Lawrenceville, GA 30044

I further certify that, by agreement of the parties, Adam Goodma, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

And, in the same manner I served the parties listed in the attached matrix with the "Notice of Hearing on Motion for Appointment of Guardian" at the addresses indicated therein,

                                        Dated 08/04/2017

                                        s/
                                        Allison S. Davis
                                        GA Bar No. 155269

CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770)220-0685

/pw

| | | |
|---|---|---|
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | IRS<br>401 W. Peachtree St., NW<br>Stop #334-D<br>Room 400<br>Atlanta, GA 30308 | Ocwen Loan Servicing<br>Legal Dept/Bankruptcy<br>12650 Ingenuity Dr.<br>Orlando, FL 32826-2703 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | Weissman, Nowack, Curry & Wilco, P.C.<br>c/o Weissman, Nowack, Curry & Wilco, P.C<br>One Alliance Center, 4th Floor<br>3500 Lenox Road<br>Atlanta, GA 30326-4228 | |

/pw